FV-1, Inc. v Palaguachi (2025 NY Slip Op 00306)

FV-1, Inc. v Palaguachi

2025 NY Slip Op 00306

Decided on January 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
VALERIE BRATHWAITE NELSON
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2022-06537
 (Index No. 710424/17)

[*1]FV-1, Inc., etc., respondent, 
v
Luis E. Palaguachi, et al., defendants, Gustavia Home, LLC, appellant. Hasbani & Light, P.C., New York, NY (Rafi Hasbani of counsel), for appellant.

McCarter & English, LLP, New York, NY (Adam M. Swanson and Bhanuka Y. Mahabamunuge of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Gustavia Home, LLC, appeals from an order and judgment of foreclosure and sale (one paper) of the Supreme Court, Queens County (Joseph J. Esposito, J.), entered July 20, 2022. The order and judgment of foreclosure and sale, insofar as appealed from, upon an order of the same court entered March 9, 2022, inter alia, granting those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendant Gustavia Home, LLC, and for an order of reference, granted those branches of the plaintiff's motion which were to confirm a referee's report and for a judgment of foreclosure and sale and directed the sale of the subject property.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see FV-1, Inc. v Palaguachi, ____ AD3d ____ [Appellate Division Docket No. 2023-11218; decided herewith]).
CHAMBERS, J.P., BRATHWAITE NELSON, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court